**Order entered July 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01118-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### HILARY THOMPSON HUTSON, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02704-2020**

## ORDER

Before the Court is appellant's July 16, 2021 second emergency motion for permission to file an amended brief. Appellant explains that she needs a short extension, in part, because the reporter's record of the May 18, 2021 hearing has not been filed. The reporter's record of that hearing was filed on July 16. We **GRANT** appellant's motion and extend the time to file her amended brief to Monday, July 26, 2021. We caution appellant that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
          JUSTICE